IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| CLIFFORD ALLEN SMITH, #184026 § | |
| § | |
| V. § | CIVIL ACTION NO. G-06-179 |
| § | |
| GEAN LEONARD § | |

### ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the United States Magistrate Judge, entered on June 6, 2006, which recommends that the above-styled cause be dismissed with prejudice as frivolous. Plaintiff has filed objections to the Report and Recommendation, reiterating facts which have already been pleaded and which were correctly addressed by the Magistrate Judge. Plaintiff's claim, even if true, fails to rise to the level of a constitutional violation cognizable under Section 1983.

After *de novo* review pursuant to 28 U.S.C. §636 (b)(1)(C), this Court is of the opinion that the Report and Recommendation of the Magistrate Judge should be, and it is hereby, **ACCEPTED** in its entirety and incorporated by reference herein. It is the **ORDER** of this Court that this cause is **DISMISSED with prejudice as frivolous**.

This Order does not release Plaintiff or the Texas Department of Criminal Justice, Institutions Division from the obligation to pay the filing fee previously imposed.

Plaintiff is advised that if he appeals this dismissal, he will be required to pay the appeal fee of $455.00 pursuant to the Prison Litigation Reform Act, and he must submit a 6-month certificate of his inmate trust account when he files his notice of appeal.

A certified copy of this Order shall be mailed to: **TDCJ-Office of the General Counsel**, P.O. Box 13084, Austin, Texas, 78711; and, to **TDCJ Local Funds Division**, P.O. Box 629, Huntsville, TX 77342-0629.

**DONE** at Galveston, Texas, this the 22nd day of June, 2006.

Samuel B. Kent
United States District Judge