IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| CLIFFORD ALLEN SMITH,  #184026 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-06-179 |
| | § | |
| GEAN LEONARD | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is

**DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 22nd day of June, 2006.

Samuel B. Kent
United States District Judge